No. 488
**CINTI. G. & P. R. CO. v. SCHEADLER**
Ohio Appeals, 1st Dist., Hamilton Co.
No. 2541. Decided Feb. 24, 1925

225. CHARGE TO JURY.—Failure to give special charge which recites that as between railway and person at crossing, former has right of way, held prejudical and reversible error

PER CURIAM.

This action was brought by Lillie Scheadler, administratrix, against the Cincinnati, Georgetown and Portsmouth Rd. Co., for wrongful death. A verdict was returned for Scheadler upon which judgment was entered and the company prosecuted error.

The company contended that the verdict was against the weight of the evidence, that the court erred in not directing a verdict for it, and that it erred in refusing to give special charges offered by it. The Court of Appeals held:

1. From examination of the record there was no error in overruling the motion of the company for a directed verdict.

2. "As between a person about to cross over an interurban railway at a crossing and an interurban car approaching said crossing, the interurban car has the right of way. This is so, because a person can stop within a few few feet and the inteururban car cannot." The foregoing charge was refused, such refusal constituting prejudical error to the company, especially that the verdict and judgment are

manifestly against the weight of the evidence. Judgment reversed and cause remanded.

Attorneys—Dinsmore, Shohl & Sawyer for company; Thos L. Michie and Arthur C. Fricke for Scheadler; all of Cincinnati.